Electronically Filed
Intermediate Court of Appeals
CAAP-19-0000611
21-JAN-2020
08:59 AM

NO. CAAP-19-0000611

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

MAUNU RENAH WILLIAMS, Petitioner-Appellant, v.
STATE OF HAWAI'I, Respondent-Appellee

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(S.P.P. NO. 19-1-0016 (CR. NO. 3PC141000470)

ORDER DISMISSING APPEAL
(By: Chan, Presiding Judge, Hiraoka and Wadsworth, JJ.)

Upon review of the record, it appears that:

(1) On September 3, 2019, self-represented Petitioner-Appellant Maunu Renah Williams (Williams) filed the notice of appeal;

(2) On October 14, 2019, the circuit court clerk filed the record on appeal, and the appellate clerk notified the parties that the statement of jurisdiction and opening brief were due on or before October 24, 2019, and November 25, 2019, respectively;

(3) Williams did not file either document or request an extension of time;

(4) On December 3, 2019, the appellate clerk notified Williams that the time for filing the statement of jurisdiction and opening brief had expired, the matter would be called to the court's attention on December 13, 2019, for appropriate action, which could include dismissal of the appeal, under Hawai'i Rules

of Appellate Procedure (HRAP) Rules 12.1(e) and 30, and Williams may request relief from default by motion; and

(5) The appellate clerk mailed the notice entering case on calendar and the default notice to Williams at Halawa Correctional Facility, which is Williams's address of record in this appeal. The United States Postal Service returned the envelopes because he was no longer at that address. Williams has not filed a notice of change of address, consistent with HRAP Rule 25(f), and he took no further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed, under HRAP Rules 12.1(e) and 30, respectively, for failure to file the statement of jurisdiction and opening brief.

IT IS FURTHER ORDERED that all pending motions are dismissed.

DATED: Honolulu, Hawai'i, January 21, 2020.


Presiding Judge


Associate Judge


Associate Judge

2